FILED

2005 FEB 17 P 2: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:00CR00202 (EBB) |
|  | : |  |
| VS | : |  |
|  | : |  |
| BENJAMIN LAZEV | : | FEBRUARY 16, 2005 |

## MOTION FOR RETURN OF PROPERTY

1. The defendant in the above captioned matter, as part of his pretrial release was required to surrender his United States Passport to the United States Clerk.

2. The Passport is presently under the control of the United States Clerk.

3. Since then he pleaded guilty and the matter has been resolved.

4. He is presently on supervised release.

5. Notice has been received by the Deputy Clerk that if this motion is not filed forthwith, said passport would be destroyed.

WHEREFORE, it is moved that said passport be returned to the defendant by mailing the same to the undersigned counsel of record.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

DEFENDANT, BENJAMIN LAZEV

By _____
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct. 00009

- 2 -

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

February 14, 2005

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl St., Ste 1100
Hartford, CT 06103

Re: 3:00cr202(EBB)
USA v Benjamin Lazev

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by __02/24/2005__ for the following items:

**USA Passport**

Any objection to the return of this property shall be filed by __03/03/2005__.

If no motion or objection has been filed by __03/10/2005__, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

cc: AUSA

## **CERTIFICATION**

This is to certify that a copy of this Motion was mailed, postage prepaid, to the Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510 this 16th day of February, 2005.

_____
Richard R. Brown

- 3 -