UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 3:00CR00202 (EBB) |
| VS : | |
| BENJAMIN LAZEV : | MAY 29, 2007 |

**MOTION TO MODIFY
RESTITUTION ORDER**

For the reasons to follow, the defendant, Benjamin Lazev, moves this court to modify the terms and conditions of its restitution order as follows:

1. On January 3, 2001, this court sentenced the defendant in connection with a Conspiracy to Commit Mail Fraud. (See attached copy of the Judgment.)

2. Part of the sentence included restitution at the rate of $1,000 a month.

3. The defendant owed about $636,000 to various victims.

4.  Mr. Lazev was placed on a term of 5 years probation, which was served without incident and is now over.

5.  Mr. Lazev is 76 years of age (d.o.b. 8/22/31).

6.  Since the date of judgment, Mr. Lazev has paid back about $76,000.

7.  Mr. Lazev is in poor health suffering from Parkinson's disease with prominent cognitive sequelae, including an attentional disorder, executive dysfunction and abulia. (He walked away from his residences several days ago and the residential security personnel where he lives needed to go search for him and return him home.)

8.  He cannot work and lives off his social security and modest pension benefits that add up to about $2,000 a month.

9.  He has less than $30,000 left in his life's savings, his 401K plan, which is what he has been depleting to pay the monthly restitution order (the money is pre-tax dollars).

10. Given his severe health and financial issues, the $1,000 monthly payments are too much for him to handle (actually its his wife, Judith, that deals with his finances.) (See attached VA medical report.)

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

11.  Financial and medical documents have been provided to A.U.S.A. Christine L. Sciarrino, who, having reviewed the same, does not object to this modification request.

12.  Whatever modest amount is left in his retirement funds are needed to pay for day to day living. In sum, the modest amount he has left will quickly be exhausted under the present order, leaving this sick and incapacitated man with little to survive on in the forthcoming years.

WHEREFORE, it is moved to decrease the monthly payments from $1,000 per month to $100 per month.

DEFENDANT, BENJAMIN LAZEV

By /s/ Richard R. Brown
Richard R. Brown
Brown, Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
Tel. (860) 522-3343
Fed. Bar No. Ct. 00009

- 3 -

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

FILED
Jan 5  4 53 PM '01
U.S. DIST...
NEW HAVEN...

v.

BENJAMIN LAZEV
3707 ROYAL CYPRESS LANE
LAKE WORTH, FL 33467
SSN: **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**     DOB: **8/22/31**

**JUDGMENT IN A CRIMINAL CASE**

CASE NO. 3:00CR202(EBB)

<u>KAREN PECK</u>, Assistant U.S. Attorney

<u>RICHARD BROWN</u>, Defendant's Attorney

The defendant pled guilty to count 1. Accordingly, the defendant is adjudged guilty of count **1**, which involves the following offense:

Title & Section: **18:371**
Nature of Offense: **Conspiracy to Commit Mail Fraud**
Date Offense Concluded: **9/94**

Count: **1**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

<u>The defendant shall be placed on **probation** for a term of **5 years**. Special Conditions include: Defendant shall provide probation with any financial information requested including state and federal income tax. Defendant shall provide probation with any financial records of any business in which defendant may be a partner. Defendant shall pay restitution in the total amount of $636,169.00, jointly and severally with any other defendant ordered to make the same restitution, as follows: $496,212.00 payable to the Department of Defense and $139,957.00 payable to Yardney Technical Products. Restitution shall be paid a rate of $1,000.00 per month or as directed by probation.</u>

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. In addition to the special conditions of probation imposed above, it is hereby Ordered that the general conditions of probation set out on the reverse side be imposed.

It is ordered that the defendant shall pay a Special Assessment of **$100.00**, for count 1 which shall be due **immediately**.

January 3, 2001
Date of Imposition of Sentence

*Ellen B. Burns*
ELLEN BREE BURNS, SENIOR US DISTRICT JUDGE
Date: **January 5, 2001**

CERTIFIED AS A TRUE COPY
ON THIS DATE 1/10/01
Kevin F. Rowe, Clerk
BY: _____
Deputy Clerk

# DEPARTMENT OF
# VETERANS AFFAIRS

*VAMC Gainesville*
*1601 SW Archer Road*
*Gainesville, FL  32608*

*DATE: 4/20/2007*
*In Reply Refer To:*

**BENJAMIN LAZEV**
**2911 ASPEN PEAK CT**
**CLERMONT, FLORIDA  34711**

Dear BENJAMIN LAZEV:

We are enclosing a copy of the information you requested.

Sincerely,

*[signature: Kristy]*

KRISTY D WARD - Release of Information

```
NEUROLOGICAL EXAMINATION.
CONSTITUTIONAL:  BP: 116/53 (02/05/2007 13:00)
                 T: 97.5 F [36.4 C] (02/05/2007 13:00)
                 P: 73 (02/05/2007 13:00)
                 R: 20 (02/05/2007 13:00)
           PAIN: 0 (02/05/2007 13:00)
```

On examination, he is alert and oriented, but has difficulty with simple tasks such as following a 3 step command. A formal cognitive assessment was not performed today. Speech is stuttering and difficult to understand (3). He has mild hypomimia (2). There is no tremor (0-0-0-0-0,0-0). He however has moderate axial and leg rigidity, despite mild upper extremity rigidity (3-1-1-3-3). He displays some limb kinetic apraxia, and is mildly bradykinetic throughout (1-1,1-2,1-1,3-3). He arises rapidly however (0) and has normal postural stability (0). He has a slow gait (1). There is no overall paucity of movement (0).

```
UPDRS
I    9
II   16
III  30
IV   6
```

DIAGNOSIS: Parkinson's disease with prominent cognitive sequelae, including an attentional disorder, executive dysfunction, and by history abulia. This suggests a diffuse spread of lewy bodies in addition to disease in the dopaminergic system. I suspect to maximize function we will have to hit a number of modulating systems, including the noradrenergic system (for example with venlafaxine), the cholinergic system (with aricept for example), and potentially the serotonertic system. Right now, the largest complaint is sleep problems, and we will add a Sinemet 50/200 CR at night, a small dose of Klonopin (0.25 QHS) and will add 2 tablets of Sinement to take as needed at night. We will back down the evening Mirapex as this may be worsening the sleep dysfunction. I also recommended moving back current Mirapex dose to earlier in the day.

In the future, we may wish to wean Mr. Lazev off Mirapex.

I will refer to social work for the spouses questions about potential respite care.

He will follow up in 3 months, Thursday AM PD clinic.

RECOMMENDATIONS:

/es/ FRANK M. SKIDMORE, M.D.
NEUROLOGY STAFF PHYSICIAN
Signed: 02/05/2007 16:26

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LAZEV, BENJAMIN<br>2911 ASPEN PEAK CT<br>CLERMONT, FLORIDA 34711<br>112246670 | Printed at N. FLORIDA/S. GEORGIA VHS |

# Progress Note

Printed On Apr 20, 2007

```
LOCAL TITLE: NEUROLOGY CONSULT
STANDARD TITLE: NEUROLOGY CONSULT
DATE OF NOTE: FEB 05, 2007@16:06     ENTRY DATE: FEB 05, 2007@16:06:54
     AUTHOR: SKIDMORE,FRANK M        EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

HPI: I am seeing Benjamin Lazev for his Parkinson's disease. He is a 75 year old man who has been having some difficulties for the past 12 years. He started developing difficulties with motor function in the past 8 years, and he was diagnosed with Parkinson's disease 7-8 years ago. He was started 6 years ago on levodopa which "helped overnight" with the motor dysfunction. He began having more difficulties 2 years ago, however. He started Mirapex which again "helped overnight". Subsequently, however, he developed hallucinations with the Mirapex, and he has been unable to increase the dose above 2.5 mg per day.

Currently, largest issues surround sleep. He talks in his sleep at night. Throughout the night he has frequent episodes of abdominal pain and he is "sure that he needs to go to the bathroom. " When he gets up, though, he is unable to go to the rest room and the feeling subsides.

The spouse notes another issue related to cognition. He has a poor attention span, and frequently leaves objects around and misplaces items. He has "difficulty with taking the necessary steps to complete tasks." In the past he has had hallucinations and one episode of paranoia at a son's house with extreme agitation. For a time, he required Seroquel but the spouse has recently stopped this medication. The hallucinations have been better on the lower dose of Mirapex. The spouse feels that the PM dose of Mirapex "still makes him agitated".

Overall, balance has been reasonably good and there have been no large falls. He will "crash into objects."

He is currently taking Sinemet 2 tablets at 7:30 AM, 10:30 AM, 2:00 PM, and 5:30 PM. He takes Mirapex 1.0 MG at 10:30 AM and 2:00 PM. He takes 0.5 mg of Mirapex at 9:00 PM.

He has motor fluctuations, with end of dose wearing off at the end of many doses during the day.

NEUROLOGICAL AND SYSTEMIC HISTORY: He retired in 1995, and lives with his wife. He was apparently diagnosed with Mild Cognitive Impairment in 1995 and participated in an Aricept trial. He has sturred throughout his life; recently stuttering is worse.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LAZEV, BENJAMIN<br>2911 ASPEN PEAK CT<br>CLERMONT, FLORIDA   34711<br>112246670 | Printed at N. FLORIDA/S. GEORGIA VHS |

## **CERTIFICATION**

This is to certify that a copy of this motion was mailed, postage prepaid, to A.U.S.A. Christine L. Sciarrino, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510 and A.U.S.A. Karen L. Peck, Office of the U.S. Attorney, 157 Church Street, 23rd Floor, New Haven, CT 06510 this 29th day of May, 2007.

_____
Richard R. Brown

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767